UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOLTEX MANUFACTURING COMPANY, L.P., *et al*, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-1400 |
| ULMA PIPING USA CORP., *et al*, | § § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiffs' Motion to Strike Paragraphs 37, 38 and 39 of Defendant's Counterclaim (Doc. 37); Defendants' response (Doc. 72); Plaintiffs' reply (Doc. 73); and Magistrate Judge Stacy's Memorandum and Recommendation (Doc. 76) that the Court grant, in part and deny in part, Plaintiffs' Motion. Defendants did not file objections to the Memorandum and Recommendation within the prescribed amount of time.

Upon review, the Court agrees with the Magistrate Judge's conclusion that paragraph 37 of Defendants' counterclaim (Doc. 68) be stricken; and, as paragraphs 38 and 39 have some bearing on the Defendants' counterclaim, those paragraphs remain. Therefore, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. 76) is **ADOPTED**. The Court further

**ORDERS** that paragraph 37 of Defendants' counterclaim is **STRICKEN**.

SIGNED at Houston, Texas, this \_\_17th\_\_ day of December, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1